Betty Ebiaya ENOW, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 03–2524.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Betty Ebiaya Enow, Petitioner pro se.

George William Maugans, III, Special Assistant United States Attorney, Baltimore, Maryland, Gloria Minor, Daniel Eric Goldman, United States Department of Justice, Washington, D.C., for Respondent.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Betty Enow, a native and citizen of Cameroon, petitions for review of the

Board of Immigrations Appeals' ("Board") summary affirmance of an immigration's deportation order denying her applications for asylum and withholding of removal. We dismiss the appeal for lack of jurisdiction because the petition for review was not timely filed.

Petitions for review from final orders of removal must be filed not later than thirty days after the date of the final order of removal. *See* 8 U.S.C. § 1252(b)(1) (2000). The Board entered its final order on November 24, 2003. Enow's petition for review was filed in this Court on April 2, 2004 and dated by her former counsel as February 16, 2004.

Because Enow failed to file a timely petition for review, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*